IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Gregg Wilhelm,<br><br>Plaintiff,<br><br>vs.<br><br>Columbia Sun Hotel, LLC,<br><br>Defendant. | CASE NO. 9:25-CV-12305-BHH<br><br>**DEFENDANT COLUMBIA SUN HOTEL, LLC'S DESIGNATION OF EXPERT WITNESS** |

**TO: JASON A. DAIGLE, ESQUIRE AND BRANDON BOYLE, ESQUIRE, ATTORNEYS FOR THE PLAINTIFF:**

Pursuant to this Court's July 31, 2026, second amended scheduling order and Fed. R. Civ. P. 26(a)(2), the Defendant, Columbia Sun Hotel, LLC, identifies the following person as its expert witness who may testify at a trial of this matter:

Craig Rogers, PE
Origin Cause
520 Folly Road, Suite 25-290
Charleston, SC 299412

Mr. Rogers is expected to testify regarding his investigation of the premises which is the subject of this litigation and his review of materials produced by the parties in discovery. He is further expected to testify regarding his conclusions regarding the condition of the premises and its compliance with applicable state and federal statutes, regulations and industry standards including, but not limited to, safety standards applicable to the members of general public who are present on site.

[SIGNATURES FOLLOW ON NEXT PAGE]



344752259v.1

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ G. Robert DeLoach, III*
G. Robert DeLoach, III, Esq, S.C. Fed Bar No. 13252
1122 Lady Street, Suite No. 312
Columbia, SC 29201
T: 704.302.1263

*/s/ Brad Cheek*
Brad Cheek, Esq, S.C. Fed Bar No. 14320
227 West Trade Street, Suite 1830
Charlotte, NC 28202
T: 704.302.1330
Robert.Deloach@wilsonelser.com
Brad.Cheek@wilsonelser.com
***Attorneys for Defendant:***
***Columbia Sun Hotel, LLC.***

September 11, 2026.

**CERTIFICATE OF SERVICE**

I certify that on September 11, 2026, a true and correct copy of the foregoing, **DEFENDANT COLUMBIA SUN HOTEL, LLC'S DESIGNATION OF EXPERT WITNESS**, was served upon counsel of record via electronic-mail as follows:

**MORGAN & MORGAN**
Jason A Daigle
Brandon J Boyle
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Jason.daigle@forthepeople.com
Brandon.boyle@forthepeople.com
***Attorneys for the Plaintiff***

**WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ G. Robert DeLoach, III*
G. Robert DeLoach, III, SC Fed ID: 13252
1122 Lady Street, Suite No. 312
Columbia, SC 29201
Robert.deloach@wilsonelser.com
***Attorneys for Defendant:***
***Columbia Sun Hotel, LLC.***

September 11, 2026.